UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WESTINGHOUSE ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:03CV861 CDP |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This case has recently been transferred to the undersigned. One motion was filed yesterday, and the Court expects the parties to brief that motion under the provisions of the local rules. A review of the docket sheet provides more questions than answers about what is going on in the case. Accordingly,

**IT IS HEREBY ORDERED** that the court will hold a status and scheduling conference in this matter on **Thursday, October 23, 2008 at 2:30 p.m. in Courtroom 14 South**. The conference will be on the record, and at least one counsel for each party must appear. No telephone appearances will be allowed. Counsel who appear must be prepared to discuss all aspects of this case.

**IT IS FURTHER ORDERED** that not later than **Thursday, October 9, 2008** the parties must file a joint statement containing the following:

1. A succinct summary of all parties and claims remaining in the case, including a listing, by name and docket entry number, of the pending operative pleadings in the case containing those claims.

2. A succinct summary of the relief sought by each party.

3. A statement regarding the likelihood of settlement and whether the case is amenable to some form of alternate dispute resolution, as well as setting out whether any settlement discussions have been undertaken in the past (the statement should **not** disclose the substance of any settlement discussions).

4. A statement of all work that remains to get this case ready for ultimate resolution, as well as a joint proposal for deadlines for all steps remaining, including fact and expert discovery, motion practice, and trial. If the parties cannot agree on all the necessary deadlines, then the joint statement must set out their separate positions on all matters.

5. Any other matters that counsel believe should be brought to the court's attention, including pendency of any related actions that may affect the resolution of this matter.

                                                                                              CATHERINE D. PERRY
                                                                                              UNITED STATES DISTRICT JUDGE

Dated this 27th day of August, 2008.